BERKOWITZ v. UNITED DRESSED BEEF CO. OF NEW YORK.

(Supreme Court, Appellate Term, First Department. January 9, 1913.)

JUDGMENT (§ 167*)—DEFAULT JUDGMENT—OPENING DEFAULT—GROUND.

   A default in summary proceedings to dispossess should be opened on terms, where defendant moves promptly to open when apprised of the facts, and where he has apparently a meritorious defense to the action for rent.

   [Ed. Note.—For other cases, see Judgment, Cent. Dig. §§ 326, 330, 333, 334; Dec. Dig. § 167.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Pauline Berkowitz against the United Dressed Beef Company of New York. From an order denying a motion to open a default in summary proceedings, rendered in the Municipal Court of the City of New York, defendant appeals. Reversed, and motion to open default granted on terms.

Argued December term, 1912, before SEABURY, GUY, and GERARD, JJ.

Philip B. Adams, of New York City, for appellant.

Isadore I. Steinberg, of New York City, for respondent.

GUY, J. The defendant appeals from an order denying its motion to open a default taken herein in summary proceedings to dispossess. The default was evidently not willful, and defendant moved promptly to open the same when apprised of the facts connected therewith. Defendant apparently has a meritorious defense to the action for rent, and should be given its day in court. The default should be opened upon terms.

Order reversed, and motion to open default granted, upon payment of $25 costs by appellant to respondent as terms for the granting of the motion. No costs of appeal. Case set down for trial. All concur.